UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANGELO D. JOHNSON,

                      Plaintiff,                        **PARTIAL & FINAL JUDGMENT**

      -against-

                                                           Case No.: 17-CV-08000 (KMK)

MICHAEL A. SCHIFF, et al.,

                    Defendants.
------------------------------------------------------------------X

       Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J.; and the Court thereafter having issued an Opinion and Order, dated September 26, 2019, which, inter alia, dismissed, without prejudice, the claims asserted against Dr. Good ("Good"), LPN Sauer ("Sauer"), and R.N. Davis Crawley ("Crawley") (Dkt. 221, at p. 58); and the Court, having permitted the plaintiff to file a Second Amended Complaint within 45 days of its September 26, 2019 Opinion and Order (Dkt. 221, at p. 59); and the plaintiff having failed to file a Second Amended Complaint within 45 days of the Court's September 26, 2019 Opinion and Order; and the Court, on February 4, 2020, having directed the plaintiff to show cause, no later than March 4, 2020, as to why the plaintiff's claims which were dismissed without prejudice should not be dismissed with prejudice (Dkt. 224); and the plaintiff having failed to show cause in accordance with the Court's February 4, 2020 Order to Show Cause; and

       Whereas the Court, on March 24, 2020, having issued a So-Ordered endorsement directing the submission of a proposed Judgment dismissing the claims as to Good, Sauer, and Crawley (Dkt. 234) in accordance with FRCP Rule 54(b), it is,

       ORDERED, ADJUDGED AND DECREED: that the Court has granted the motion to dismiss in favor of the defendants Good, Sauer and Crawley, and there being no reason for delay, Final Judgment is entered in favor of the defendants Good, Sauer and Crawley in accordance with FRCP Rule 54(b).

Dated: White Plains, NY
       March 27, 2020

                                                                Hon. Kenneth M. Karas