UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANGELO D. JOHNSON,

                Plaintiff,

  -against-

MICHAEL A. SCHIFF, SHERIFF OF SULLIVAN COUNTY JAIL; THOMAS J. LOUGHEN, COMMISSIONER OF CORRECTION, N.Y.S.; ERIC J. CHABOTY, UNDERSHERIFF; HAROLD L. SMITH, JR. JAIL ADM.; JAMES E. GINTY, CAPT.; CHRISTOPHER R. BINI, LT.; SGT. B. HARRELL; SGT. G. MINCKLER; SGT. MOYER; SGT. LYNCH; SGT. ZAYAS; CPL. JANET CALANGELO; CPL. GABRIEL; CPL. GRAY; CPL. WILCOX; CPL. THOMAS E. COMPASSO; CPL. WHALAN; CPL. MATIS; C.O. DAWSON; C.O. KLEINGARDNER; C.O. D. LEKOVIC; C.O. S. NASH; C.O. FIELD; C.O. COLE; C.O. M. SHAW; C.O. LEWIS; C.O. J. BESSON; D.P.W. JOE; KITCHEN MANAGER DALE; DR. GOOD; L.P.N. GUIAN-CLARK; L.P.N. LISA SAUER; R.N. JAMIE GANDULLA; R.N. W. ALTMAN; R.N. W. MOORE; R.N. DAVIS CRAWLEY; Individually and in their Official Capacities,

                Defendants.
-----------------------------------------------------------------------X

CASE NO.: 17-CV-8000 (KMK)

**PARTIAL & FINAL JUDGMENT**

      Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J.; and the Court thereafter having issued an Opinion and Order, dated September 26, 2019, which, inter alia, dismissed without prejudice the claims asserts against Heather Guinan-Clark, L.P.N. i/s/h/a L.P.N. Guian-Clark ("Guinan-Clark") (Doc. 221, p. 58); and the Court having permitted the plaintiff to file a Second Amended Complaint within 45 days of its Opinion and Order dated September 26, 2019 (Doc. 221, p. 59); and the plaintiff having failed to timely file a Second Amended Complaint; and the Court, on February 4, 2020, having directed the plaintiff to show cause, no later than March 4, 2020, as to why the plaintiff's claims which were dismissed without prejudice should not be dismissed with prejudice (Doc. 224); and the

plaintiff having failed to show cause in accordance with the Court's February 4, 2020 Order to Show Cause; and

Whereas the Court, on March 17, 2020, having issued a So-Ordered endorsement directing the dismissal of the plaintiff's claims against Guinan-Clark with prejudice, in accordance with Fed. R. Civ. Pr. 54(b) (Doc. 229), it is,

ORDERED, ADJUDGED AND DECREED, that the Court has granted the motion to dismiss in favor of Guinan-Clark, and there being no reason for delay, Final Judgment is entered in favor of defendant Guinan-Clark in accordance with Fed. R. Civ. Pr. 54(b).

Dated: White Plains, New York
       April 29, 2020

_____
Hon. Kenneth M. Karas