UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOHNSON,

                                  Plaintiffs,           No. 17-CV-8000 (KMK)

       -v-

SCHIFF, et al.,

                                  Defendants.
-------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Barbara K. Hathaway, an Assistant Attorney General at the Office of Letitia James, Attorney General of the State of New York, attorney for defendant Loughren, who has been dismissed, in the above-entitled action, hereby withdraws as an attorney of record for Defendant Loughren, as I am leaving the Office of the Attorney General and am no longer assigned to the defense of this case on the Attorney General's behalf. The Office of the Attorney General will continue to serve as counsel of record to Defendants in the above-referenced matter, and this matter will continue to be handled by Assistant Attorney General Steven Schulman.

Therefore, I hereby request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated:     New York, New York        Respectfully submitted,
            May 10, 2020

LETITIA JAMES
Attorney General
State of New York
Attorney for Defendants

By:

*/s/Barbara K. Hathaway*

Barbara K. Hathaway
Assistant Attorney General
28 Liberty Street
New York, New York 10005
Tel: (212) 416-8560
Email:   Barbara.Hathaway@ag.ny.gov

cc:

Angelo Johnson
18 A 3458
Five Points Correctional Facility
6600 State Route 96
Romulus, NY 14541

IT IS SO ORDERED.

5/11/20.

Dated: _____, ~~2000~~ _____

HON. KENNETH M. KARAS