UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELO D. JOHNSON,<br><br>                            Plaintiffs,<br><br>     -against-<br><br>MICHAEL A. SCHIFF, et al.,<br><br>                            Defendants. | Case No.: 17-cv-08000 (KMK)<br><br>**PARTIAL AND FINAL JUDGMENT** |

Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J.; and the Court thereafter having issued an Opinion and Order, dated September 26, 2019, which, inter alia, dismissed, without prejudice, the claims asserted against Defendant Kitchen Manager Dale Fraser ("Fraser"); and the Court, having permitted the plaintiff to file a Second Amended Complaint within 45 days of its September 26, 2019 Opinion and Order (Dkt. 221, at p. 59); and the plaintiff having failed to file a Second Amended Complaint within 45 days of the Court's September 26, 2019 Opinion and Order; and the Court, on February 4, 2020, having directed the plaintiff to show cause, no later than March 4, 2020, as to why the plaintiff's claims which were dismissed without prejudice should not be dismissed with prejudice (Dkt. 224); and the plaintiff having failed to show cause in accordance with the Court's February 4, 2020 Order to Show Cause; it is,

ORDERED, ADJUDGED AND DECREED: that Final Judgment is entered in favor of Defendant Fraser in accordance with FRCP Rule 54(b).

Dated: May __20__, 2020

                                                                                   _____
                                                                                     Hon. Kenneth M. Karas