UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ANGELO D. JOHNSON;      Case #:7:17-cv-08000(KMK)
           Plaintiff,

    -against-

SGT. B. HARRELL; SGT. G MINCKLER; SGT. MOYER;     **PARTIAL AND**
SGT. LYNCH; CPL. JANET CALANGELO; CPL. GABRIEL;     **FINAL JUDGMENT**
CPL. GRAY; CPL. WILCOX; CPL. WHALAN;
C.O. KLEINGARDNER; C.O. D. LEKOVIC; C.O. S. NASH;
C.O. FIELD; C.O. COLE; C.O. J. BESSON; DPW JOE;
R.N. JAMIE GANDULLA; R.N.W. ALTMAN; R.N.W. MOORE
(In their individual capacities)
           Defendants.
------------------------------------------------------------------------x

     Whereas, the above entitled action having been assigned to the Honorable Kenneth M. Karas, USDJ; and Judge Karas having issued an Opinion and Order, dated September 26, 2019, dismissing various claims; and the plaintiff having thereafter filed a Second Amended Complaint, which omitted any allegations against defendants ZAYAS, COMPASSO, MATIS, DAWSON, SHAW AND LEWIS . and did not list these individuals as party defendants (Dkt. 281); it is

     ORDERED, ADJUDGED AND DECREED, that Final Judgment is entered in favor of defendants ZAYAS, COMPASSO, MATIS, DAWSON, SHAW AND LEWIS dismissing and removing said defendants from the action, in accordance with FRCP Rule 54(b).

Dated: July 17, 2020

                                                  _____
                                                    Hon. Kenneth M. Karas, USDJ