UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELO D. JOHNSON,

                          Plaintiff,

        -against-

SGT. B. HARRELL, SGT. G. MINCKLER, SGT.
MOYER, SGT. LYNCH, CPL. JANET CALANGELO,
CPL. GABRIEL, CPL. GRAY, CPL. WILCOX, CPL.
WHALAN, C.O. KLEINGARDNER, C.O. LEKOVIC,
C.O. S. NASH, C.O. FIELD, C.O. COLE, C.O. J.
BESSON, D.P.W. JOE, R.N. JAMIE GANDULLA, R.N.
W. ALTMAN, R.N. MOORE, in their individual
capacities,

                       Defendants.

Case No.: 17-cv-08000-KMK-AEK

**ORDER**

---

It is on this __7th__ day of January, 2021

       ORDERED that Five Points Correctional Facility ("Five Points") produce inmate Angelo

D. Johnson, Inmate No. 18A3458, for his deposition, to be taken before a notary public, at Five

Points on both January 22, 2021 and January 25, 2021. The deposition may take place via the use

of video teleconferencing services. The court reporter is permitted to be remote for the purposes

of reporting the proceeding and is not required to be in the physical presence of the deponent.

       IT IS FURTHER ORDERED that a copy of this Order shall be served by Defendants

upon Five Points within ten (10) days of its entry via Facsimile or e-mail.

SO ORDERED:

_Andrew Krause_
_____
Judge Andrew E. Krause
United States Magistrate Judge

The Clerk of the Court is directed to serve a
copy of this order on the pro se Plaintiff.
Dated: January 7, 2021